**MARILYN D. GARNER, ESQ.**
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(814) 588-3075;(817) 462-4075 (FAX)


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE | } |
| | } |
| RONALD W. IVES | }CASE NO. 10-46484-DML- |
| | } |
| | }**HEARING DATE:**  June 10, 2011 |
| Debtor | }**HEARING TIME:**  8:30 p.m. |

## NOTICE OF HEARING REGARDING DEBTOR'S OBJECTIONS TO CLAIM FILED BY PRA RECEIVABLES MANAGEMENT LLC

TO ALL PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that the hearing on the Objections to Claim Filed by PRA Receivables Management LLC filed herein is scheduled for Pre-Hearing Conference on June 10, 2011 at 8:30 a.m. at the Office of Chapter 13 Trustee, 6851 N.E. Loop 820, Suite 200, N. Richland Hills, Texas   76180.  Any response to the Objection not resolved at the Trustee's Pre-Hearing Conference will be heard by the Court at 9:30 a.m. o'clock on Thursday, June 16, 2011 at: the United States Bankruptcy Court, 501 West Tenth Street, Room 128 (U.S. Courthouse, West 10th and Lamar) Fort Worth, Texas, 76102.

Dated: May 3, 2011    Respectfully submitted,

/s/Marilyn D. Garner
Marilyn D. Garner, Trustee
SBOT No. 0767550
Attorney at Law
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 588-3075; (817) 462-4075 (FAX)

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing pleading was sent, via first class mail, postage prepaid to the parties listed below on the 3rd day of May 2011:

Office of United States Trustee
1100 Commerce Street, Room 976
Dallas, TX    75242

Tim Truman
Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
N. Richland Hills, TX    76180

PRA Receivables Management LLC
c/o Best Buy of S & H Greenpoints
P.O. Box 41067
Norfolk, VA   23541

/s/Marilyn D. Garner
Marilyn D. Garner