**MARILYN D. GARNER, ESQ.**
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(814) 588-3075;(817) 462-4075 (FAX)


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE | } |
| | } |
| RONALD W. IVES | }CASE NO. 10-46484-DML- |
| | } |
| | }HEARING DATE:  June 10, 2011 |
| Debtor | }HEARING TIME:  8:30 p.m. |

**DEBTOR'S OBJECTIONS TO CLAIM
FILED BY PRA RECEIVABLES MANAGEMENT, LLC**

TO THE HONORABLE DENNIS MICHAEL LYNN, U. S. BANKRUPTCY JUDGE:

Ronald W. Ives, Debtor herein, files this Objections to Claim Filed by PRA Receivables Management LLC and in support thereof would respectfully show the Court as follows:

1.    PRA Receivables Management, LLC filed Claim No.9 as an unsecured claim on December 9, 2010 in the amount of $770.38.   Debtor objects to Claim No. 9 for the reason that Debtor never had an account of the type and number indicated on Claim No. 9.  Debtor disputes that he owes any sum to this creditor.  Debtor requests the Court to disallow Claim No. 9.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that the Court enter an order disallowing the claim as objected to herein and grant such other relief as is necessary and proper under the circumstances of the case.

Dated: May 10, 2011                          Respectfully submitted,

/s/Marilyn D. Garner
Marilyn D. Garner, Trustee
SBOT No. 0767550
Attorney at Law
2007 E. Lamar Blvd., Suite 200
Arlington, TX  76006
(817) 588-3075; (817) 462-4075 (FAX)

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 WEST TENTH STREET, FORT WORTH, TEXAS   76102 BEFORE 4:00 P.M. ON THE DAY WHICH IS TWENTY ONE DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED HEREIN SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was sent via ECF or first class mail, postage prepaid to the parties listed below on the 10th day of May   2011:

Office of United States Trustee
1100 Commerce Street, Room 976
Dallas, TX      75242

Tim Truman
Standing Chapter 13 Trustee
6851 N.E. Loop 820, Suite 300
N. Richland Hills,  TX     76180

PRA Receivables Management, LLC
c/o Best Buy or S & H Greenpoints
P.O. Box 41067
Norfolk, VA  23541

/s/Marilyn D. Garner
Marilyn D. Garner